IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01046-MSK-BNB

UFCW LOCAL 880-RETAIL FOOD EMPLOYERS JOINT PENSION FUND, on Behalf of Itself and All Others Similarly Situated,

    Plaintiff,

v.

NEWMONT MINING CORP.,
WAYNE W. MURDY,
PIERRE LASSONDE, and
BRUCE D. HANSEN,

    Defendants.

_____

Case No. 05-cv-01084-WDM-MJW

DORIS STAEHR, Derivatively on behalf of NEWMONT MINING CORPORATION,

    Plaintiff,

v.

WAYNE MURDY,
BRUCE D. HANSEN,
PIERRE LASSONDE,
GLEN A. BARTON,
VINCENT A. CALARCO,
MICHAEL S. HAMSON,
LEO I. HIGDON, JR.,
ROBERT J. MILLER,
ROBIN A. PLUMBRIDGE,
JOHN B. PRESCOTT,
MICHAEL K. REILLY,

DONALD C. ROTH,
SEYMOUR SCHULICH, and
JAMES V. TARANIK,

       Defendants.

       -and-

NEWMONT MINING CORPORATION, a
Delaware corporation,

       Nominal Defendant.

_____

Case No. 05-cv-01100-REB-CBS

JOHN S. CHAPMAN, individually and on behalf of all other similarly situated,

       Plaintiffs,

v.

NEWMONT MINING CORP.,
WAYNE W. MURDY,
PIERRE LASSONDE, and
BRUCE D. HANSEN,

       Defendants.

_____

Case No. 05-cv-01141-REB-BNB

ZOE MYERSON, Individually and On Behalf of All Others Similarly Situated,

       Plaintiffs,

v.

NEWMONT MINING CORP.,
WAYNE W. MURDY,

PIERRE LASSONDE, and
BRUCE D. HANSEN,

        Defendants.

---

Case No. 05-cv-01222-EWN-BWB

FRANK J. DONIO, Derivatively On Behalf of NEWMONT MINING CORPORATION,

        Plaintiff,

v.

WAYNE MURDY,
BRUCE D. HANSEN,
PIERRE LASSONDE,
GLEN A. BARTON,
VINCENT A. CALARCO,
MICHAEL S. HAMSON,
LEO I. HIGDON, JR.,
ROBERT J. MILLER,
ROBIN A. PLUMBRIDGE,
JOHN B. PRESCOTT,
MICHAEL K. REILLY,
DONALD C. ROTH,
SEYMOUR SCHULICH, and
JAMES V. TARANIK,

        Defendants.

        -and-

NEWMONT MINING CORPORATION, a
Delaware corporation,

Nominal Defendant.

_____

Case No. 05-cv-01226-WDM-PAC

JACK G. BLAZ, Derivatively On Behalf of NEWMONT MINING CORPORATION,

        Plaintiff,

v.

WAYNE MURDY,
BRUCE D. HANSEN,
PIERRE LASSONDE,
GLEN A. BARTON,
VINCENT A. CALARCO,
MICHAEL S. HAMSON,
LEO I. HIGDON, JR.,
ROBERT J. MILLER,
ROBIN A. PLUMBRIDGE,
JOHN B. PRESCOTT,
MICHAEL K. REILLY,
DONALD C. ROTH,
SEYMOUR SCHULICH, and
JAMES V. TARANIK,

        Defendants,

-and-

NEWMONT MINING CORPORATION, a
Delaware corporation,

        Nominal Defendant.

## ORDER SETTING BRIEFING SCHEDULE,
## NON-EVIDENTIARY HEARING, AND PERTAINING TO PLEADING CAPTIONS

THIS MATTER comes before the Court on the Defendants' Motion to Consolidate All Related Class Actions for Violation of Federal Securities Laws and All Shareholder Derivative Actions **(#3)** filed on August 1, 2005 and the Stipulated Motion for Extension of Time to Answer **(#7)** filed on August 16, 2005. With regard thereto,

**IT IS HEREBY ORDERED:**

1. That any response or objection to these Motions shall be filed with the Court and served no later than **September 9, 2005.** Any Reply will be filed and served by **September 30, 2005.** Such responses and any replies to these Motions may bear multiple captions, **but no other pleadings may bear multiple captions unless so ordered** by the Court.

2. The motions referenced in this Order are set for a non-evidentiary hearing on the calendar of Judge Marcia S. Krieger to be held on **November 1, 2005 10:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj

U.S. Courthouse, 901 19th Street, Denver, Colorado.  Counsel may not appear by telephone.

DATED this 17th day of August, 2005.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge