IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01046-MSK-BNB

UFCW LOCAL 880-RETAIL FOOD EMPLOYERS JOINT PENSION FUND, on Behalf of Itself and All Others Similarly Situated,

        Plaintiff,

v.

NEWMONT MINING CORP.,
WAYNE W. MURDY,
PIERRE LASSONDE, and
BRUCE D. HANSEN,

        Defendants.

_____

**ORDER GRANTING, IN PART, MOTION TO CONSOLIDATE AND MOTION
FOR EXTENSION OF TIME**
_____

      **THIS MATTER** comes before the Court pursuant to the Defendants' Motion to Consolidate Cases **(# 3)** and the Defendants' Motion for Extension of Time **(# 7)**.

      For the reasons stated in open court on November 1, 2005, the Motion to Consolidate is **GRANTED IN PART**, insofar as *Chapman v. Newmont Mining*, 05-cv-01100-REB-CBS and *Myerson v. Newmont Mining*, 05-cv-01141-REB-BNB are consolidated into this case, and **DENIED IN PART**, insofar as the Court declines to consolidate *Staehr v. Murdy*, 05-cv-01084-WDM-MJW; *Donio v. Murdy*, 05-cv-01222-EWN-BNB; or *Blaz v. Murdy*, 05-cv-01226-WDM-PAC into this case. The Clerk of the Court shall transfer the consolidated cases to the undersigned for further proceedings. All future pleadings in this case shall bear the following caption:

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01046-MSK-BNB

UFCW LOCAL 880-RETAIL FOOD EMPLOYERS JOINT PENSION FUND, on Behalf of Itself and All Others Similarly Situated,

        Plaintiff,

v.

NEWMONT MINING CORP.,
WAYNE W. MURDY,
PIERRE LASSONDE, and
BRUCE D. HANSEN,

        Defendants.
_____

**consolidated with**
_____

Case No. 05-cv-01100-MSK-CBS

JOHN S. CHAPMAN, individually and on behalf of all other similarly situated,

        Plaintiffs,

v.

NEWMONT MINING CORP.,
WAYNE W. MURDY,
PIERRE LASSONDE, and
BRUCE D. HANSEN,

        Defendants.
_____

**consolidated with**
_____

Case No. 05-cv-01141-MSK-BNB

ZOE MYERSON, Individually and On Behalf of All Others Similarly Situated,

        Plaintiffs,

v.

NEWMONT MINING CORP.,
WAYNE W. MURDY,
PIERRE LASSONDE, and
BRUCE D. HANSEN,
        Defendants.

3

For consistency and coordination in the discovery process, the Court recommends that a single magistrate judge be assigned to this consolidated case and to the other cases which are not consolidated by this order.

The Defendants' Motion for Extension of Time is **GRANTED IN PART**, insofar as the Defendants shall file a response to the Complaint(s) in this case within 15 days of the date of this Order, and **DENIED IN PART**, in all other respects.

Dated this 1st day of November, 2005.

                                        **BY THE COURT:**

                                        *Marcia S. Krieger* (signature)

                                        Marcia S. Krieger
                                        United States District Judge