FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01046-MSK-BNB

UFCW LOCAL 880-RETAIL FOOD EMPLOYERS JOINT PENSION FUND, on Behalf of Itself and All Others Similarly Situated,

        Plaintiff,

v.

NEWMONT MINING CORP.,
WAYNE W. MURDY,
PIERRE LASSONDE, and
BRUCE D. HANSEN,

        Defendants.
_____

**consolidated with**
_____
Case No. 05-cv-01100-MSK-CBS

JOHN S. CHAPMAN, individually and on behalf of all other similarly situated,

        Plaintiffs,

v.

NEWMONT MINING CORP.,
WAYNE W. MURDY,
PIERRE LASSONDE, and
BRUCE D. HANSEN,

        Defendants.
_____

**consolidated with**
_____

Case No. 05-cv-01141-MSK-BNB

ZOE MYERSON, Individually and On Behalf of All Others Similarly Situated,

        Plaintiffs,

v.

NEWMONT MINING CORP.,
WAYNE W. MURDY,
PIERRE LASSONDE, and
BRUCE D. HANSEN,

        Defendants.

---

**ORDER GRANTING MOTION TO APPOINT LEAD PLAINTIFF AND APPROVE CO-LEAD COUNSEL AND DIRECTING FILING OF CONSOLIDATED COMPLAINT**

---

      **THIS MATTER** comes before the Court pursuant to Plaintiff UFCW Local 880-retail Food Employers Joint Pension Fund's ("Local 880") Motion for Appointment as Lead Plaintiff and Approval of Co-Lead Counsel **(# 6)**. The motion has not been opposed by the Defendants, and no other Plaintiff in the consolidated cases has requested Lead Plaintiff status. Also pending is a Joint Motion by the parties to Set a Briefing Schedule for the Consolidated Complaint **(# 26)**.

      Accordingly, Local 880's Motion **(# 6)** is **GRANTED**. Local 880 is appointed as Lead Plaintiff of the putative class, and the law firms of Lerach, Coughlin, Stoia, Geller, Rudman & Robbins, LLP and Schatz & Nobel, P.C. are approved as co-lead counsel and Dyer & Shuman, LLP are approved as liaison counsel representing the class. The Joint Motion to Set a Briefing Schedule **(# 26)** is **GRANTED**, insofar as Local 880 shall file a Consolidated Complaint within

30 days of the date of this Order. The Defendants shall have 30 days to answer or move against the Consolidated Complaint. Briefing of any motion shall take place pursuant to D.C. Colo. L. Civ. R. 7.1(C), unless otherwise ordered.

Dated this 29th day of March, 2005

BY THE COURT:

Marcia S. Krieger
United States District Judge