FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01046-MSK-BNB

UFCW LOCAL 880-RETAIL FOOD EMPLOYERS JOINT PENSION FUND, on Behalf of Itself and All Others Similarly Situated,

        Plaintiff,

v.

NEWMONT MINING CORP.,
WAYNE W. MURDY,
PIERRE LASSONDE, and
BRUCE D. HANSEN,

        Defendants.
_____

**consolidated with**
_____

Case No. 05-cv-01100-MSK-CBS

JOHN S. CHAPMAN, individually and on behalf of all other similarly situated,

        Plaintiffs,

v.

NEWMONT MINING CORP.,
WAYNE W. MURDY,
PIERRE LASSONDE, and
BRUCE D. HANSEN,

        Defendants.
_____

**consolidated with**
_____

Case No. 05-cv-01141-MSK-BNB

ZOE MYERSON, Individually and On Behalf of All Others Similarly Situated,

        Plaintiffs,

v.

NEWMONT MINING CORP.,
WAYNE W. MURDY,
PIERRE LASSONDE, and
BRUCE D. HANSEN,

        Defendants.

## ORDER

THIS MATTER having come before the Court upon the Unopposed Motion for a Ten Day Extension of Time to File Any Stipulation of Settlement and Related Documents **( #61).** The Court being fully advised in the foregoing;

**ORDERS** that the Unopposed Motion for a Ten Day Extension of Time to File Any Stipulation of Settlement and Related Documents **( #61) is GRANTED**. The parties shall file any stipulation of settlement, motion for preliminary approval and related documents on or before October 20, 2006.

Dated this 11th day of October, 2006

        **BY THE COURT:**

        _____
        Marcia S. Krieger
        United States District Judge