FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01046-MSK-BNB

UFCW LOCAL 880-RETAIL FOOD EMPLOYERS JOINT PENSION FUND, on Behalf of
Itself and All Others Similarly Situated,

       Plaintiff,

v.

NEWMONT MINING CORP.,
WAYNE W. MURDY,
PIERRE LASSONDE, and
BRUCE D. HANSEN,

       Defendants.

_____

**consolidated with**

_____

Case No. 05-cv-01100-MSK-CBS

JOHN S. CHAPMAN, individually and on behalf of all other similarly situated,

       Plaintiffs,

v.

NEWMONT MINING CORP.,
WAYNE W. MURDY,
PIERRE LASSONDE, and
BRUCE D. HANSEN,

       Defendants.

_____

**consolidated with**

_____

Case No. 05-cv-01141-MSK-BNB

ZOE MYERSON, Individually and On Behalf of All Others Similarly Situated,

       Plaintiffs,

v.

NEWMONT MINING CORP.,
WAYNE W. MURDY,
PIERRE LASSONDE, and
BRUCE D. HANSEN,

       Defendants.

---

## ORDER REGARDING COMPLIANCE WITH RULES

---

**THIS  MATTER** comes before the Court on the Motion for Stay of Proceedings Pending

Appeal and to Waive the Requirement of a Supersedeas Bond **(#100)** filed April 29, 2007.

The Plaintiff has not complied with applicable provisions of the Federal Rules of Civil Procedure

or the United States District Court for the District of Colorado Local Rules of Practice dated

April 15, 2002, specifically, D.C.COLO.LCivR 7.1(A),

     **IT IS THEREFORE ORDERED**  that the Motion **(#100) is DENIED**, without

prejudice.

     Dated this 30th  day of April, 2007

                 **BY THE COURT:**

                 *Marcia S. Krieger*

                 Marcia S. Krieger
                 United States District Judge