FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01046-MSK-BNB

UFCW LOCAL 880-RETAIL FOOD EMPLOYERS JOINT PENSION FUND, on Behalf of Itself and All Others Similarly Situated,

      Plaintiff,

v.

NEWMONT MINING CORP.,
WAYNE W. MURDY,
PIERRE LASSONDE, and
BRUCE D. HANSEN,

      Defendants.
_____

**consolidated with**
_____

Case No. 05-cv-01100-MSK-CBS

JOHN S. CHAPMAN, individually and on behalf of all other similarly situated,

      Plaintiffs,

v.

NEWMONT MINING CORP.,
WAYNE W. MURDY,
PIERRE LASSONDE, and
BRUCE D. HANSEN,

      Defendants.
_____

**consolidated with**
_____

Case No. 05-cv-01141-MSK-BNB

ZOE MYERSON, Individually and On Behalf of All Others Similarly Situated,

    Plaintiffs,

v.

NEWMONT MINING CORP.,
WAYNE W. MURDY,
PIERRE LASSONDE, and
BRUCE D. HANSEN,

    Defendants.

**ORDER REGARDING COMPLIANCE WITH RULES**

THIS MATTER comes before the Court on the Objection and Request to Appear Telephonically to Order Preliminarily Approving Settlement (Objection) **(#134 )** filed November 19, 2007. A review of the Objection indicates that Claimant has not complied with applicable provisions of the Federal Rules of Civil Procedure and/or the Local Rules of this Court, specifically:

    a. D.C.COLO.L.CivR.

        a)_____5.1(F) no certificate of service
        b)_____6.1(C) motion for extension of time should state date certain, etc.
        c)_____6.1(D) proof of service to client
        c)_____7.1(A) duty to confer or make good faith effort to confer
        d)_____7.1(B) unopposed motion not titled as such
        f)___**x**__7.1(C) sets deadlines for motions and excludes new motion in response**
        *A motion shall not be included in a response or reply to the original motion. A motion shall be made in a separate paper.*
        g)_____7.1(F) no proposed order
        h)_____10.1(J) caption
        h)_____56.1(A) MSJ not accompanied by brief
        i) _____56.1(B) cross motion not to be included in response brief
        j) _____83.3(D) motion to withdraw as counsel w/o notice

**IT IS THEREFORE ORDERED** that the request to appear telephonically shall be refiled by separate motion on or before **December 6, 2007,** failing which the request will be denied.

DATED this 29th day of November, 2007.

BY THE COURT:

_Marcia S. Krieger_
Marcia S. Krieger
United States District Judge