# BUSINESS | LITIGATION | ASSOCIATES PC

IRWIN B. SCHWARTZ
ischwartz@business-litigation-associates.com

December 21, 2007

<u>By Facsimile</u>

Henry Rosen, Esq.
Coughlin Stoia Geller Rudman & Robbins, LLP
655 West Broadway #1900
San Diego, California 92101

      Re: <u>UFCW Local 880 v. Newmont Mining Corp. et al,</u>
          Civil Action No. 05-01046 (D. Colo.)

Dear Henry:

    I write to follow up the discussion that you had with Noah Shube of my office last week regarding selection of a special master to review lead class plaintiffs counsel's fee application in the above-referenced matter. It is unfortunate that you submitted plaintiffs' proposed special master in your papers yesterday prior to further conferring with us, but since the parties still have until December 25th to propose a mutually acceptable special master we urge you to consider the candidates identified below. We will make ourselves available to discuss these candidates at your convenience, even over the weekend and Christmas Eve.

    We have taken seriously Judge Krieger's suggestion that we work with you to attempt to agree on a mutually acceptable special master. To that end, we undertook a significant investigation to identify four highly-qualified and suitable candidates to discuss with you. We interviewed each of these candidates, had them clear conflicts, and we only completed that process late Wednesday. Unfortunately, both Noah and I were in court yesterday and were unable to forward these names and CVs to you prior to this morning:

| | |
|---|---|
| Thomas C. Seawell<br>1125 17th Street, Suite 2100<br>Denver, CO 80202<br>Phone: (303) 296-3377<br>Fax : (303) 296-7343 | Frederick B. Skillern<br>Montgomery Little Soran & Murray, P.C.<br>5445 DTC Parkway, Suite 800<br>Greenwood Village, Colorado 80111<br>Phone: (303) 773-8100<br>Fax: (303) 220-0412 |
| Sean Connelly<br>Reilly Pozner and Connelly LLP<br>The Kittredge Building<br>511 Sixteenth Street<br>Denver, Colorado 80202<br>Phone: (303) 893-6100<br>Fax: (303) 893-6110 | Kevin D. Evans<br>Steese & Evans, P.C.<br>6400 South Fiddlers Green Circle, Suite 1820<br>Denver, Colorado 80111<br>Phone: (720) 200-0676<br>Fax: (720) 200-0679 |

Mr. Henry Rosen
December 21, 2007
Page 2

    Henry, we strongly urge plaintiffs to consider each of these four candidates, all of whom have reviewed the transcript of the December 11th hearing and are interested in serving to address the legal issues raised by our previous objection. We believe that any one of them will approach the assignment with an open, unbiased view and will do what is required under 10th Circuit law to protect the class while at the same time being fair in awarding reasonable fees and expenses to the plaintiffs counsel group. Their CVs follow this letter for ease of reference.

    We look forward to hearing from you.

Very truly yours,

Irwin B. Schwartz

Enclosures

cc. Honorable Judge Marcia S. Krieger (By ECF) w/out enclosures