UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01046-MSK-BNB

UFCW LOCAL 880-RETAIL FOOD EMPLOYERS JOINT PENSION FUND, on Behalf of Itself and All Others Similarly Situated,

Plaintiff,

v.

NEWMONT MINING CORP.,
WAYNE W. MURDY,
PIERRE LASSONDE, and
BRUCE D. HANSEN,

Defendants.

---

**consolidated with**

---

Case No. 05-cv-01100-MSK-CBS

JOHN S. CHAPMAN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

NEWMONT MINING CORP.,
WAYNE W. MURDY,
PIERRE LASSONDE, and
BRUCE D. HANSEN,

Defendants.

---

**consolidated with**

---

Case No. 05-cv-01141-MSK-BNB

ZOE MYERSON, Individually and On Behalf of All Others Similarly Situated,

    Plaintiffs,

v.

NEWMONT MINING CORP.,
WAYNE W. MURDY,
PIERRE LASSONDE, and
BRUCE D. HANSEN,

    Defendants.

---

## SPECIAL MASTER'S PROCEDURE ORDER NO. 2

---

THIS MATTER is before the Special Master on the request of counsel for Objectors National Automatic Sprinkler Industry Pension Fund and Natasha L. Engan to reschedule the conference call set for January 25, 2008, and, being sufficiently advised, the Special Master hereby

ORDERS that the conference call referred to in the Special Master's Procedure Order No. 1 shall be rescheduled to take place on Monday, February 4, 2008, at 2:00 p.m. MST.

Dated: January 23, 2008.

                                                  /s/ Thomas C. Seawell
                                                Thomas C. Seawell
                                                Special Master

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses contained on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Dated: January 23, 2008.

Thomas C. Seawell
Special Master

# Mailing Information for a Case 1:05-cv-01046-MSK-BNB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **James Wilmer Anderson , Jr**
  janderfox@sbcglobal.net,janderfox@yahoo.com

- **Gerald L. Bader , Jr**
  gbader@bader-associates.com,cpoeppel@bader-associates.com

- **Jeffrey Allen Berens**
  jeffreyberens@comcast.net,jeff@berenslaw.com

- **Joy Ann Bull**
  joyb@csgrr.com

- **F. James Donnelly**
  fjamesdonnelly@comcast.net

- **Lee David Foreman**
  lforeman@hmflaw.com,jrumsey@hmflaw.com

- **Darby K. Kennedy**
  dkk@thlf.com

- **Pamela Robillard Mackey**
  pmackey@hmflaw.com,nhickam@hmflaw.com,showard@hmflaw.com

- **Jeffrey S. Nobel**
  jnobel@snlaw.net,nkulesa@snlaw.net

- **Keith F. Park**
  keithp@lerachlaw.com

- **Steven William Reifman**
  stwoodward@aol.com,streifman@aol.com

- **Henry Rosen**
  henryr@csgrr.com,dianah@csgrr.com,e_file_sd@csgrr.com

- **Irwin Bennett Schwartz**
  ischwartz@blapc.net,khutton@blapc.net

- **Thomas C. Seawell**
  tseawell@qwestoffice.net

- **Kip Brian Shuman**
  kip@shumanlawfirm.com,lisa@shumanlawfirm.com

- **Renee Beth Taylor**
  rtaylor@bader-associates.com,cpoeppel@bader-associates.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Sanford Ress
```
P.O. Box 1250
Jackson, WY 83001-1250

```
Lawrence Schonbrun
```
86 Eucalyptus Rd.
Berkeley, CA 94705

```
Clifford Whitehill
```
5320 W. Harbor Village Dr.
Vero Beach, FL 32967