UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01046-MSK-BNB

UFCW LOCAL 880-RETAIL FOOD EMPLOYERS JOINT PENSION FUND, on Behalf of Itself and All Others Similarly Situated,

Plaintiff,

v.

NEWMONT MINING CORP.,
WAYNE W. MURDY,
PIERRE LASSONDE, and
BRUCE D. HANSEN,

Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR - 2 2008

GREGORY C. LANGHAM
CLERK

**consolidated with**

Case No. 05-cv-01100-MSK-CBS

JOHN S. CHAPMAN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

NEWMONT MINING CORP.,
WAYNE W. MURDY,
PIERRE LASSONDE, and
BRUCE D. HANSEN,

Defendants.

**consolidated with**

Case No. 05-cv-01141-MSK-BNB

ZOE MYERSON, Individually and On Behalf of All Others Similarly Situated,

Plaintiffs,

v.

NEWMONT MINING CORP.,
WAYNE W. MURDY,
PIERRE LASSONDE, and
BRUCE D. HANSEN,

Defendants.

## SPECIAL MASTER'S PROCEDURE ORDER NO. 5

The Special Master held a status and scheduling conference by telephone on March 31, 2008, and all parties appearing by telephone, the Special Master hereby

ORDERS that responses, if any, to the objections to the Applications filed by Lawrence W. Schonbrun and National Automatic Sprinkler Industry Pension Fund and Natasha L. Engan shall be filed on or before April 21, 2008; and

FURTHER ORDERS that the Special Master will take the deposition of Stephanie M. Shimada, Business Litigation Associates, P.C., by telephone on April 8, 2008, at 2 p.m. Mountain time, concerning the methodology and analytical results represented by her Declaration dated March 24, 2008, and filed as Document 197, with all applicants and objectors being allowed to participate in such deposition, which shall be stenographically recorded and transcribed pursuant to arrangements made by Mr. Schwartz; and

FURTHER ORDERS that the Special Master shall file on or before April 30, 2008, such interrogatories as he shall deem appropriate and desirable, directed to any or all

Applicants, and such interrogatories shall be answered under oath and filed on or before May 30, 2008; and

FURTHER ORDERS that a status and scheduling conference shall be held by telephone on June 9, 2008, at 2:00 p.m. Mountain time, with arrangements to be made by Mr. Park.

Dated: April 2, 2008.

*Thomas C. Seawell*
Thomas C. Seawell
Special Master

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2008, I emailed for electronic filing the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses contained on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Dated: April 2, 2008.

*Thomas C. Seawell*
Thomas C. Seawell
Special Master

# Mailing Information for a Case 1:05-cv-01046-MSK-BNB

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **James Wilmer Anderson , Jr**
  janderfox@sbcglobal.net,janderfox@yahoo.com

- **Gerald L. Bader , Jr**
  gbader@bader-associates.com,cpoeppel@bader-associates.com

- **Jeffrey Allen Berens**
  jeffreyberens@comcast.net,jeff@berenslaw.com

- **Joy Ann Bull**
  joyb@csgrr.com

- **F. James Donnelly**
  fjamesdonnelly@comcast.net

- **Lee David Foreman**
  lforeman@hmflaw.com,jrumsey@hmflaw.com

- **Darby K. Kennedy**
  dkk@thlf.com

- **Pamela Robillard Mackey**
  pmackey@hmflaw.com,nhickam@hmflaw.com,showard@hmflaw.com

- **Jeffrey S. Nobel**
  jnobel@snlaw.net,nkulesa@snlaw.net

- **Keith F. Park**
  keithp@lerachlaw.com

- **Steven William Reifman**
  stwoodward@aol.com,streifman@aol.com

- **Henry Rosen**
  henryr@csgrr.com,dianah@csgrr.com,e_file_sd@csgrr.com

- **Irwin Bennett Schwartz**
  ischwartz@blapc.net,khutton@blapc.net

- **Thomas C. Seawell**
  tseawell@qwestoffice.net

- **Kip Brian Shuman**
  kip@shumanlawfirm.com,lisa@shumanlawfirm.com

- **Renee Beth Taylor**
  rtaylor@bader-associates.com,cpoeppel@bader-associates.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Sanford Ress
P.O. Box 1250
Jackson, WY 83001-1250

Lawrence Schonbrun
86 Eucalyptus Rd.
Berkeley, CA 94705

Clifford Whitehill
5320 W. Harbor Village Dr.
Vero Beach, FL 32967
```