UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01046-MSK-BNB

UFCW LOCAL 880-RETAIL FOOD EMPLOYERS JOINT PENSION FUND, on Behalf of Itself and All Others Similarly Situated,

Plaintiff,

v.

NEWMONT MINING CORP.,
WAYNE W. MURDY,
PIERRE LASSONDE, and
BRUCE D. HANSEN,

Defendants.

---

**consolidated with**

---

Case No. 05-cv-01100-MSK-CBS

JOHN S. CHAPMAN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

NEWMONT MINING CORP.,
WAYNE W. MURDY,
PIERRE LASSONDE, and
BRUCE D. HANSEN,

Defendants.

---

**consolidated with**

---

Case No. 05-cv-01141-MSK-BNB

ZOE MYERSON, Individually and On Behalf of All Others Similarly Situated,

    Plaintiffs,

v.

NEWMONT MINING CORP.,
WAYNE W. MURDY,
PIERRE LASSONDE, and
BRUCE D. HANSEN,

    Defendants.

---

## SPECIAL MASTER'S PROCEDURE ORDER NO. 6

Simultaneously with the submission of Special Master's Second Interim Report, the Special Master hereby

ORDERS that Objectors shall have 20 days from the date the Special Master's initial report containing his recommendations as to Applicants' fees and expenses is filed with the Court to file motions seeking awards of attorney fees and reimbursement of expenses consistent with the Court's Opinion and Order Granting Motion for Reconsideration and Appointing Special Master dated January 9, 2008; and

FURTHER ORDERS that the Procedure and Guidelines for Fee and Expense Guidelines is amended by deleting the requirement that "[c]ounsel will be given an opportunity to comment upon and object to the Special Master's proposed findings and recommendations before they are submitted in his report to the Court" (P.2); and

FURTHER ORDERS that the status and scheduling conference previously set for June 9, 2008, at 2:00 p.m. Mountain time is canceled.

Dated: May 8, 2008.

*Thomas C. Seawell*
Thomas C. Seawell
Special Master

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2008, I emailed for electronic filing the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses contained on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Dated: May 8, 2008.

*Thomas C. Seawell*
Thomas C. Seawell
Special Master

# Mailing Information for a Case 1:05-cv-01046-MSK-BNB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **James Wilmer Anderson , Jr**
  janderfox@sbcglobal.net,janderfox@yahoo.com

- **Gerald L. Bader , Jr**
  gbader@bader-associates.com,cpoeppel@bader-associates.com

- **Jeffrey Allen Berens**
  jeffreyberens@comcast.net,jeff@berenslaw.com

- **Joy Ann Bull**
  joyb@csgrr.com

- **F. James Donnelly**
  fjamesdonnelly@comcast.net

- **Lee David Foreman**
  lforeman@hmflaw.com,jrumsey@hmflaw.com

- **Darby K. Kennedy**
  dkk@thlf.com

- **Pamela Robillard Mackey**
  pmackey@hmflaw.com,nhickam@hmflaw.com,showard@hmflaw.com

- **Jeffrey S. Nobel**
  jnobel@snlaw.net,nkulesa@snlaw.net

- **Keith F. Park**
  keithp@lerachlaw.com

- **Steven William Reifman**
  stwoodward@aol.com,streifman@aol.com

- **Henry Rosen**
  henryr@csgrr.com,dianah@csgrr.com,e_file_sd@csgrr.com

- **Irwin Bennett Schwartz**
  ischwartz@blapc.net,khutton@blapc.net

- **Thomas C. Seawell**
  tseawell@qwestoffice.net

- **Kip Brian Shuman**
  kip@shumanlawfirm.com,lisa@shumanlawfirm.com

- **Renee Beth Taylor**
  rtaylor@bader-associates.com,cpoeppel@bader-associates.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Sanford Ress
P.O. Box 1256
[illegible], WI 48011-1256

Lawrence Schonbrun
[illegible] Eucalyptus Rd.
Berkeley, CA 94705

Clifford Whitehill
1340 W. Harbor Village Dr.
Vero Beach, FL 32967