**BUSINESS | LITIGATION | ASSOCIATES** PC

400 Blue Hill Drive, Suite 2
Westwood, MA  02090

| Date | Invoice # |
|---|---|
| 12/11/2007 | 1560 |

| Bill To |
|---|
| Natasha L Engan<br>35 C Walpole Street<br>Dover, MA  02030 |

| Matter | Newmont |
|---|---|

| Date | Timekeeper | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 11/27/2007 | KDH | Pull docket for D. Colorado case; research re ecf filing in Colorado for IBS; t/c with ECF clerk re time and password; create caption and motion; create fax cover sheet; draft notice of appearance; fax file same and serve on opposing counsel; research re Veritas case. | 2.2 | 110.00 | 242.00 |
| 11/27/2007 | IBS | Attention to Newmont Mining settlement document; t/c N Shube re objections to attorneys fees award; t/c B. Kopp re possible objector role for NASI | 3.88333 | 425.00 | 1,650.42 |
| 11/27/2007 | NS | T/c IS re Newmont Mining securities class action, objection analysis: research available materials on web, Lexis, ECF and SEC. NEM settlement agreement and quick pay clause; create to do/ next steps list for December hearing in CO.  Redline/edit IS's objection brief and conf IS re: procedural infirmities and Johnson test. | 5.4 | 350.00 | 1,890.00 |
| 11/28/2007 | KDH | Review docket; t/c with clerk re papers filed and address. | 0.3 | 110.00 | 33.00 |
| 11/28/2007 | IBS | T/c N. Shube re next steps in objection process; attention to Schonbaum objection | 0.4 | 425.00 | 170.00 |
| 11/28/2007 | NS | Create to do/ next steps list for December hearing in CO; conf. IS re: brief and various going forward issues. | 1.4 | 350.00 | 490.00 |
| 11/29/2007 | KDH | Research local rules re motion to appear telephonically; draft same. | 0.65 | 110.00 | 71.50 |
| 12/3/2007 | KDH | Forward local rules re motions to N. Shube; work with Noah to file motion to appear telephonically. | 0.6 | 110.00 | 66.00 |
| 12/3/2007 | NS | Conf IS re: CO local rules, appearance by research re 10th Cir. standards for attorneys fees awards;  attempt to engage in meet and confer re telephone appearance; commence drafting relevant materials for telephone appearance. | 2.7 | 350.00 | 945.00 |

| Terms | |
|---|---|

Page 1

BUSINESS | LITIGATION | ASSOCIATES PC

| Date | Invoice # |
|---|---|
| 12/11/2007 | 1560 |

| Matter | Newmont |
|---|---|

| Date | Timekeeper | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 12/4/2007 | IBS | T/c N. Shube re motion for permission to appear by telephone | 0.56667 | 425.00 | 240.83 |
| 12/4/2007 | KDH | Prepare distribution list per N. Shube re meet and confer. | 0.5 | 110.00 | 55.00 |
| 12/4/2007 | NS | Finalize letter to all counsel and prepare motion re: appearance telephonically. | 2.6 | 350.00 | 910.00 |
| 12/5/2007 | IBS | T/c N. Shube re appearance; review new Walker decision re Millberg | 0.61667 | 425.00 | 262.08 |
| 12/5/2007 | KDH | Upload and print all documents filed re motion for final entry; send same to Noah Shube per IBS. | 0.8 | 110.00 | 88.00 |
| 12/5/2007 | NS | Conf. IS re: appearance in person and strategy, draft letter to call counsel re: withdraw proposed motion and appearance; review and analyses fee application: Park Declaration, Exhibit A Park Declaration, Exhibit A 3 Park Declaration, Shuman Declaration,  Exhibit A to Shuman Declaration,  Nobel Declaration, Exhibit A to Nobel Declaration; motion for Final Approval, Order Approving Plan of Allocation, Order Awarding Lead Plaintiffs Counsels Attorneys Fees,  Final Judgment of Dismissal Exhibit A 1 Park Declaration, Exhibit D to Sylvester Declaration,  Exhibit C to Sylvester Declaration,  Exhibit B to Sylvester Declaration, Exhibit A to Sylvester Declaration; Sylvester Declaration, Robertson Declaration in Support of Final Approval Lead Plaintiffs Response to Objections,  Exhibit B to Response to Objections,  Exhibit A to Response to Objections, Response to Objections to Proposed Settlement.  Conf. IS re: same. | 5.7 | 350.00 | 1,995.00 |
| 12/6/2007 | IBS | Attention to opposition to objection papers; e-mail N. Shube re same and Walker, J. decision | 0.2 | 425.00 | 85.00 |

BUSINESS | LITIGATION | ASSOCIATES PC

| Date | Invoice # |
|---|---|
| 12/11/2007 | 1560 |

| Matter | Newmont |
|---|---|

| Date | Timekeeper | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 12/6/2007 | NS | Conf. IS re: plaintiff application and next steps and Judge Walker and Chiron case; collect all relevant Ten Circuit cases for hearing, shepardize and forward to IS. | 3.6 | 350.00 | 1,260.00 |
| 12/7/2007 | IBS | T/c N., Shube re loadetar issues and potential arguments at hearing; legal research. | 0.4 | 425.00 | 170.00 |
| 12/8/2007 | IBS | T/c N. Shube re response to call from H. Rosen | 0.4 | 425.00 | 170.00 |
| 12/9/2007 | IBS | T/c N. Shube re settlement discussions w/ H. Rosen | 0.4 | 425.00 | 170.00 |
| 12/9/2007 | NS | Curriculum vitae of plaintiffs counsel, Henry Rosen, conf with H. Rosen re: hearing and applications and positions, conf. IS re: same and discuss arguments for Tuesday hearing. | 3 | 350.00 | 1,050.00 |
| 12/10/2007 | KDH | Arrange for Regus space in Denver for IBS; prepare materials for hearing; draft Proposed Order and discovery requests re same; research re Chiron case and cases that cite Johnson decision; redact Engan documents. | 3.85 | 110.00 | 423.50 |
| 12/10/2007 | NS | Review proposed continuation order, e-mails IS re: contemporaneous billing requirements, caselaw re: same. | 2.6 | 350.00 | 910.00 |
| 12/10/2007 | IBS | Review Couglin papers in preparation for hearing; prepare account statements for production; work on discovery requests; t/c W. Stern re defendants' position; revise proposed order continuing application; prepare for hearing on settlement an attorneys fees | 7.35 | 425.00 | 3,123.75 |

**BUSINESS | LITIGATION | ASSOCIATES** PC

| Date | Invoice # |
|---|---|
| 12/11/2007 | 1560 |

| Matter | Newmont |
|---|---|

| Date | Timekeeper | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 12/11/2007 | KDH | Contact Colorado Regus re getting documents to IBS; pull Gottlieb case; pull cases from our objection; send all to IBS at Regus; research re plaintiffs; draft bench brief re case Noah found; edit bench brief. | 2.3 | 110.00 | 253.00 |
| 12/11/2007 | IBS | Prepare for hearing; t/c N. Shube re same; review and revise bench brief and Echostar case; review Robinson affidavit; attend hearing; t/c N. Shube re same; travel tme | 14.66667 | 425.00 | 6,233.33 |
| 12/11/2007 | NS | Numerous e-mails and research re: hearing prep and discuss hearing outcome. | 2.4 | 350.00 | 840.00 |
|  |  | Subtotal - Legal Services |  |  | 23,797.41 |
| 12/12/2007 | Admin Fees | US Court Reporter - Copies | 1 | 27.00 | 27.00 |
| 12/5/2007 | Travel | Air Fare | 1 | 478.80 | 478.80 |
| 12/11/2007 | Travel | Taxi - Denver | 1 | 46.85 | 46.85 |
| 12/11/2007 | Travel | Port Authority Boston - Parking | 1 | 48.00 | 48.00 |
| 12/11/2007 | Travel | Hotel - Ramada Inn Denver | 1 | 57.41 | 57.41 |
| 12/11/2007 | Admin Fees | HQ Global Workplace | 1 | 149.53 | 149.53 |
| 12/11/2007 | Travel | Shuttle | 1 | 20.00 | 20.00 |
| 12/11/2007 | Travel | Hotel - Ramada Inn Denver | 1 | 57.41 | 57.41 |

| **Total Amount of Bill** | $24,682.41 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $24,682.41 |

You may discount the legal services portion of this bill 10% if paid within 15 days

# BUSINESS | LITIGATION | ASSOCIATES PC

400 Blue Hill Drive, Suite 2
Westwood, MA 02090

| Date | Invoice # |
|---|---|
| 8/27/2008 | 1862 |

**Bill To**

Natasha L Engan
35 C Walpole Street
Dover, MA 02030

**Matter**: Newmont

| Date | Timekeeper | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 12/12/2007 | IBS | Irwin Schwartz -- $425/hr<br>E-mail and t/c N. Shube re next steps and possible document preservation notice; e-mail to J. Lyons and A. Petrie re possible special master; e-mail M. Jacobson re possible joinder in objector group | 2.4 | 425.00 | 1,020.00 |
| 12/12/2007 | NS | Noah Shube -- $350/hr<br>Initial research re: Special Master, Martindale and ex-US Attorneys and Tenth Circuit opinions; attention to newspaper account of hearing. | 2.03333 | 350.00 | 711.67 |
| 12/13/2007 | KDH | Kayla D. Hutton -- $110/hr<br>Draft letter to lead plaintiffs counsel; start a list of all potential special masters in the Newmont case and pull the on-line CVs for each. | 0.95 | 110.00 | 104.50 |
| 12/13/2007 | IBS | Irwin Schwartz -- $425/hr<br>T/c N. Shube re demand for document retention and special master selection; respond to e-mail from M. Jacobson re potential joinder of NASI as objector; research re document preservation cases; draft and circulate proposed letter to lead class plaintiffs counsel | 1.6 | 425.00 | 680.00 |
| 12/13/2007 | JVK | John V. Komar -- $325/hr<br>Research Rule 26 requirements re preservation of electronic evidence; exchange emails with I. Schwartz re same; review draft letter to class counsel and exchange emails with I. Schwartz re same | 0.9 | 325.00 | 292.50 |
| 12/13/2007 | NS | Noah Shube -- $350/hr<br>Review hearing transcript, confer. IS re search for potential Special Masters, legal research re: document preservation standards. | 1.3 | 350.00 | 455.00 |
| 12/14/2007 | KDH | Kayla D. Hutton -- $110/hr<br>Proofread and fax letter to plaintiffs counsel; contact D. Colo. clerk re documents in Ribozyme case. | 0.95 | 110.00 | 104.50 |

**Terms**

Page 1

**BUSINESS | LITIGATION | ASSOCIATES** PC

| Date | Invoice # |
|---|---|
| 8/27/2008 | 1862 |

| Matter | Newmont |
|---|---|

| Date | Timekeeper | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 12/14/2007 | IBS | Irwin Schwartz -- $425/hr<br>Respond to e-mail from M. Jacobson; t/c N. Shube; edit letter to plaintiffs' counsel; t/c N. Shube re possible settlement discussions and next steps; research on potential special masters; t/c J. Walsh re potential assignment as special master; attention to letter from Nobel; e-mail to N. Shube re same | 2.48333 | 425.00 | 1,055.42 |
| 12/14/2007 | NS | Noah Shube -- $350/hr<br>NASI share analysis; confer. IS re: same; numerous e-mails with IS re: Special Master, research re: same and call to Phillip Feigin re: same; review and edits re: document preservation letter; review responsive letter from Nobel; confer. H. Rosen re: proposed special master; commence drafting reply letter. | 4.4 | 350.00 | 1,540.00 |
| 12/16/2007 | IBS | Irwin Schwartz -- $425/hr<br>Memo to M. Jacobson re joinder in the objection | 2.6 | 425.00 | 1,105.00 |
| 12/17/2007 | NS | Noah Shube -- $350/hr<br>Draft responsive letter to class counsel; confer IS re: same; continue Special Master research re: Thomas Seawell, due diligence and CV, contact Seawell and forward all relevant materials | 3.3 | 350.00 | 1,155.00 |
| 12/17/2007 | IBS | Irwin Schwartz -- $425/hr<br>Edit and finalize letter to Nobel; review N. Shube comments on Jacobson memo and forward to paralegal for proofreading and finalizing; t/c N. Shube re possible special master candidates; review qualifications of special master candidates | 1.05 | 425.00 | 446.25 |
| 12/17/2007 | KDH | Kayla D. Hutton -- $110/hr<br>Edit and format letter to Nobel; circulate to NS for comments; proofread memo to NASI; send letter to Nobel, cc lead counsel. | 1.1 | 110.00 | 121.00 |

BUSINESS | LITIGATION | ASSOCIATES PC

| Date | Invoice # |
|---|---|
| 8/27/2008 | 1862 |

| Matter | Newmont |
|---|---|

| Date | Timekeeper | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 12/18/2007 | NS | Noah Shube -- $350/hr<br>Special Master search continued; due diligence on each of Connolly, Skillern and Evans; call and forward all materials. | 4.1 | 350.00 | 1,435.00 |
| 12/18/2007 | IBS | Irwin Schwartz -- $425/hr<br>E-mail N. Shube re potential special masters; e-mail from N. Shube re same; t/c N. Shube re qualifications of potential special masters | 0.3 | 425.00 | 127.50 |
| 12/19/2007 | NS | Noah Shube -- $350/hr<br>Confer with all potential masters availability, confer. IS re; completed search. | 2.4 | 350.00 | 840.00 |
| 12/19/2007 | IBS | Irwin Schwartz -- $425/hr<br>E-mail S. Connolly re possible special master assignment; review previous Seawall special master report | 0.2 | 425.00 | 85.00 |
| 12/20/2007 | NS | Noah Shube -- $350/hr<br>Review Motion for Reconsideration, Bull Declaration and exhibits,Shuman Declaration and exhibit, Nobel Declaration, Park Declaration; Motion for Approval of Lead Plaintiffs Application for an Award of Attys Fees. | 4.4 | 350.00 | 1,540.00 |
| 12/20/2007 | IBS | Irwin Schwartz -- $425/hr<br>Review guidelines for submission of fee application in Ribozyme case; email N. Shube re fee application; review fee application filings and email N. Shube re same | 0.8 | 425.00 | 340.00 |
| 12/20/2007 | KDH | Kayla D. Hutton -- $110/hr<br>Upload and digital fiel maintenance re attorneys fee application and supporting documents filed today; circulate same to IBS and NS. | 0.7 | 110.00 | 77.00 |
| 12/21/2007 | NS | Noah Shube -- $350/hr<br>Confer. IS re: Special Master letter; forward info re: same, research re: obligation for fees. | 2.1 | 350.00 | 735.00 |

# BUSINESS | LITIGATION | ASSOCIATES PC

| Date | Invoice # |
|---|---|
| 8/27/2008 | 1862 |

| Matter | Newmont |
|---|---|

| Date | Timekeeper | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 12/21/2007 | IBS | Irwin Schwartz -- $425/hr<br>T/c N. Shube re special master candidates; draft letter re Engan's proposed candidates; research form of motion under Rule 54(d)(2)(B); work on fee application affidavit and motion; draft letter to the court | 3.31667 | 425.00 | 1,409.58 |
| 12/21/2007 | KDH | Kayla D. Hutton -- $110/hr<br>Pul CV's for potential special masters; prepare PDF attachments to letter; draft letter to lead plaintiff's counsel re special masters; file same via ECF; draft motion for attorneys fees; research re same; draft affidavit in support of motion for attorneys fees. | 3.25 | 110.00 | 357.50 |
| 12/23/2007 | IBS | Irwin Schwartz -- $425/hr<br>Work on motion for award of attorneys fees; e-mail book keeper re same; e-mail draft fee application to N. Shube for review and comment | 2.78333 | 425.00 | 1,182.92 |
| 12/24/2007 | KDH | Kayla D. Hutton -- $110/hr<br>Proofread and prepare application for attorneys fees and declaration in support for filing; prepare exhibits re same; file application, declaration and letter re special masters via ECF. | 1.96667 | 110.00 | 216.33 |
| 12/26/2007 | IBS | Irwin Schwartz -- $425/hr<br>Attention to Schoenbon proposed special master | 0.1 | 425.00 | 42.50 |
| 12/26/2007 | NS | Noah Shube -- $350/hr<br>Review Sshoenbaum special master proposal, due diligence on proposed professor; e-mails IS re: same. | 1.1 | 350.00 | 385.00 |
| 12/27/2007 | KDH | Kayla D. Hutton -- $110/hr<br>Upload and file proposed special master from Schnonbrun. | 0.15 | 110.00 | 16.50 |

**BUSINESS | LITIGATION | ASSOCIATES** PC

| Date | Invoice # |
|---|---|
| 8/27/2008 | 1862 |

| Matter | Newmont |
|---|---|

| Date | Timekeeper | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 12/28/2007 | NS | Noah Shube -- $350/hr<br>Commnece opposition brief point; research re: same. | 3.1 | 350.00 | 1,085.00 |
| 12/31/2007 | KDH | Kayla D. Hutton -- $110/hr<br>Research re adding NASI appearance to docket; t/c with Colorado Clerk re same. | 0.2 | 110.00 | 22.00 |
| 12/31/2007 | IBS | Irwin Schwartz -- $425/hr<br>Reserach re objections to attorneys fees; draft notice of objection | 4.15 | 425.00 | 1,763.75 |
| 1/1/2008 | IBS | Irwin Schwartz -- $425/hr<br>E-mail to N. Shube and N. Cassie re potential limitation on attorneys fees based on date of appointment of lead class plaintiff. | 0.1 | 425.00 | 42.50 |
| 1/1/2008 | NS | Noah Shube -- $350/hr<br>Conference with IBS re: opposition brief argument points such as bill padding and duplicative billing and lodestar adjustments; follow-up e-mails re same; commence 10th Cir. research re: lodestar calculation and application of Johnson factors. | 3.2 | 350.00 | 1,120.00 |
| 1/2/2008 | KDH | Kayla D. Hutton -- $110/hr<br>Contact clerk re NASI appearance; draft notice re same; proofread and edit shube insert for opposition to attoneys fees; review page limitations for opposition brief. | 1.35 | 110.00 | 148.50 |
| 1/2/2008 | NS | Noah Shube -- $350/hr<br>Commence drafting brief re: Johnson factors, review declarations and class counsel's memo. confer.; numerous e-mails IS re: same. | 4.6 | 350.00 | 1,610.00 |
| 1/2/2008 | NRC | Nicholas Cassie -- $125/hr<br>Research on award of attorney fees to attorneys prior to being named lead counsel; research and write legal standard for rebutting presumption of reasonableness of attorney fee award. | 5.7 | 125.00 | 712.50 |
| 1/2/2008 | IBS | Irwin Schwartz -- $425/hr<br>Research re opposition to attorneys fees application. | 10.43333 | 425.00 | 4,434.17 |

**BUSINESS | LITIGATION | ASSOCIATES** PC

| Date | Invoice # |
|---|---|
| 8/27/2008 | 1862 |

| Matter | Newmont |
|---|---|

| Date | Timekeeper | Description | Hours/Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1/3/2008 | KDH | Kayla D. Hutton -- $110/hr<br>Email exchange with N. Shube re Rybozyme case citation; proofread and edit opposition; | 1.5 | 110.00 | 165.00 |
| 1/3/2008 | MGA | Michael G. Andrews -- $210/hr<br>Research re fee objections; exchange e-mail with I. Schwartz and N. Shube; conferences with I. Schwartz and K. Hutton re objection; review and revise objection. | 3.91667 | 210.00 | 822.50 |
| 1/3/2008 | NS | Noah Shube -- $350/hr<br>Continue drafting objection; new case analysis, Woodmore, Rosenbaum and Sprint, access and review Ribozyme Special Master Report, finalize Johnson section. | 4.2 | 350.00 | 1,470.00 |
| 1/3/2008 | NRC | Nicholas Cassie -- $125/hr<br>Research on attorney's fees awards under common fund doctrine. | 0.7 | 125.00 | 87.50 |
| 1/3/2008 | IBS | Irwin Schwartz -- $425/hr<br>Work on objection. | 2.23333 | 425.00 | 949.17 |
| 1/4/2008 | KDH | Kayla D. Hutton -- $110/hr<br>Proofread and bluebook objection; file and send Opposition to our Attorneys Fees Motion; e-mail exchanges with N. Shube re same; edit lodestar cites for continuity; research re Ribozyme; file objection by ECF and mail to non-ECF participants. | 2.91667 | 110.00 | 320.83 |
| 1/4/2008 | MGA | Michael G. Andrews -- $210/hr<br>Review and revise objection; research re same; telephone conference with N. Shube re same; exchange emails with N. Shube and K. Hutton re same. | 2 | 210.00 | 420.00 |
| 1/4/2008 | NS | Noah Shube -- $350/hr<br>Finalize brief, review all material, final shepardization and conf. with M. Andrews and K. Hutton re: same and service issues. | 3.2 | 350.00 | 1,120.00 |

| | |
|---|---|
| **Total Amount of Bill** | $33,874.09 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $33,874.09 |

You may discount the legal services portion of this bill 10% if paid within 15 days