**THOMAS C. SEAWELL**
ATTORNEY AT LAW

1125 17th Street, Suite 2100
Denver, Colorado 80202-2005

Telephone (303) 446-8686
Telecopier (303) 382-1157

TSEAWELL@QWESTOFFICE.NET

September 5, 2008

VIA ECF

Irwin B. Schwartz, Esq.
Business Litigation Associates, P.C.
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

    Re:    Newmont Mining Litigation
                District of Colorado No. 05-cv-01046

Dear Mr. Schwartz:

    In connection with your firm's motion for attorneys fees, please email to me an Excel file containing the contemporaneous time entries.

    Thank you in advance for your cooperation.

                                            Yours very truly,

                                            /s/ Thomas C. Seawell
                                            Thomas C. Seawell

# Mailing Information for a Case 1:05-cv-01046-MSK-BNB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **James Wilmer Anderson , Jr**
  janderfox@sbcglobal.net,janderfox@yahoo.com

- **Gerald L. Bader , Jr**
  gbader@bader-associates.com,cpoeppel@bader-associates.com

- **Jeffrey Allen Berens**
  jeffreyberens@comcast.net,jeff@berenslaw.com

- **Joy Ann Bull**
  joyb@csgrr.com

- **F. James Donnelly**
  fjamesdonnelly@comcast.net

- **Lee David Foreman**
  lforeman@hmflaw.com,jrumsey@hmflaw.com

- **Darby K. Kennedy**
  dkk@thlf.com

- **Pamela Robillard Mackey**
  pmackey@hmflaw.com,nhickam@hmflaw.com,showard@hmflaw.com

- **Jeffrey S. Nobel**
  jnobel@snlaw.net,nkulesa@snlaw.net

- **Keith F. Park**
  keithp@lerachlaw.com

- **Steven William Reifman**
  stwoodward@aol.com,streifman@aol.com

- **Henry Rosen**
  henryr@csgrr.com,dianah@csgrr.com,e_file_sd@csgrr.com

- **Irwin Bennett Schwartz**
  ischwartz@blapc.net,khutton@blapc.net

- **Thomas C. Seawell**
  tseawell@qwestoffice.net

- **Kip Brian Shuman**
  kip@shumanlawfirm.com,lisa@shumanlawfirm.com

- **Renee Beth Taylor**
  rtaylor@bader-associates.com,cpoeppel@bader-associates.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Sanford Ress
P.O. Box 1250
Jackson, WY 83001-1250

Lawrence Schonbrun
86 Eucalyptus Rd.
Berkeley, CA 94705

Clifford Whitehill
5320 W. Harbor Village Dr.
Vero Beach, FL 32967
```